IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page    1

| MICHELLE LEE EDWARDS | Date | 10/16/2013 | Debtor Attorney |
| | | | MONTE J WHITE |
| 4819 BIG BEND DR | Case Number | 13-70223-HDH-13 | ATTORNEY AT LAW |
| | | | 1106 BROOK AVE HAMILTON PLACE |
| WICHITA FALLS TX 76310 | 90 Day Bar Date | 10/15/2013 | WICHITA FALLS,TX 76301-0000 |
| | Govt Bar Date | 12/09/2013 | |

## TRUSTEE'S NOTICE OF CLAIMS FILED AND NOT FILED

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below.  The above referenced
case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c).  "NOT FILED"
is shown in claim classification column if the creditor has not filed a claim.  Pursuant to Rule 3004
the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that BankruptcyCode Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional
 time for a governmental unit to file a proof of claim.

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 001-0 | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 | | | 0.00 | 3,166.00 | Legal |
| 001-1 | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 | | | | 334.00 | Legal |
| 003-0 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br><br>PHILADELPHIA,PA 19101-7317 | | | 0.00 | 0.00 | Notice Only |
| 004-0 | US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE STREET SUITE 300<br>DALLAS,TX 75242-1699 | | | 0.00 | 0.00 | Notice Only |
| 005-0 | US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br><br>WASHINGTON,DC 20530-0000 | | | 0.00 | 0.00 | Notice Only |
| 006-0 | OFFICE OF THE CH13 TRUSTEE<br>6308 IOLA AVENUE<br><br>LUBBOCK,TX 79424- | | | 0.00 | 80.64 | Admin |
| 007-0 | UNITED STATES ATTORNEY<br>801 CHERRY STREET UNIT 4<br><br>FT WORTH,TX 76102-6882 | | | 0.00 | 0.00 | Notice Only |
| 008-0 | CAPITAL ONE AUTO FINANCE<br>C/O ASCENSION CAPITAL GROUP<br>PO BOX 201347<br>ARLINGTON,TX 76006- | 10/09/2013 | 2279 | 5,510.00 | 5,196.42 | Secured |
| 009-0 | WICHITA COUNTY<br>PO BOX 1471<br><br>WICHITA FALLS,TX 76307-1471 | 06/19/2013 | x5762 | 3,345.83 | 3,345.83 | Secured |

Continued on Next Page

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

In RE:    MICHELLE LEE EDWARDS                              Case Number    13-70223-HDH-13        10/16/201

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 010-0 | WACHOVIA MORTGAGE/WORLD SAVING<br>ATTN: BANKRUPTCY DEPT (T7419-015)<br>PO BOX 659558<br>SAN ANTONIO,TX 78265-9558 | | 7922 | 87,730.00 | 0.00 | Continue<br>Not Filed |
| 011-0 | BECKET & LEE LLP<br>ATTORNEYS AT LAW<br>16 GENERAL WARREN, PO BOX 3001<br>MALVERN,PA 19355-0000 | 08/30/2013 | 1002 | 11,014.00 | 11,014.30 | Unsecured |
| 012-0 | FIA CARD SERVICES NA<br>PO BOX 15102<br><br>WILMINGTON,DE 19886-5102 | 07/03/2013 | 0128 | 7,829.00 | 7,829.46 | Unsecured |
| 013-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | 10/10/2013 | 1840 | 11,759.00 | 11,759.88 | Unsecured |
| 014-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | 10/10/2013 | 1562 | 8,061.00 | 8,061.15 | Unsecured |
| 015-0 | ANTIO LLC<br>C/O WEINSTEIN AND RILEY PS<br>PO BOX 3978<br>SEATTLE,WA 98124-3978 | 08/21/2013 | 6696 | 19,463.00 | 19,463.01 | Unsecured |
| 016-0 | DISCOVER FINANCIAL SERVICES<br>PO BOX 3025<br><br>NEW ALBANY,OH 43054- | 06/17/2013 | 3567 | 12,732.00 | 12,732.84 | Unsecured |
| 017-0 | FIRST BANKCARD<br>PO BOX 2557<br><br>OMAHA,NE 68103- | | 8661 | 2,056.47 | 0.00 | Unsecured<br>Not Filed |
| 018-0 | FIRST NATIONAL BANK<br>ATTENTION: FNN LEGAL BANK<br>1620 DODGE ST, STOP CODE 3290<br>OMAHA,NE 68197- | | 3350 | 2,056.00 | 0.00 | Unsecured<br>Not Filed |
| 019-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | 09/11/2013 | 9341 | 739.00 | 739.45 | Unsecured |
| 020-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | 10/15/2013 | 1273 | 379.00 | 379.07 | Unsecured |
| 021-0 | SALLIE MAE INC<br>USA FUNDS MCE2148 ATTN  DEPOSIT OPERATIO<br>PO BOX 6180<br>INDIANANAPOLIS,IN 46207-6180 | 07/10/2013 | 5512 | 8,247.00 | 7,991.70 | Unsecured |
| 022-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | 09/25/2013 | 4609 | 1,621.00 | 1,586.44 | Unsecured |
| 023-0 | USAA SAVINGS BANK<br>10750 MCDERMOTT<br><br>SAN ANTONIO,TX 78288- | | 4553 | 17,858.00 | 0.00 | Unsecured<br>Not Filed |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page   3

In RE:   MICHELLE LEE EDWARDS                           Case Number   13-70223-HDH-13        10/16/201

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 024-0 | SEYHAN SOBAY<br>3000 GRANT ST<br><br>WICHITA FALLS,TX 76308- | | | 0.00 | 0.00 | Notice Only |
| 025-0 | BANK OF AMERICA<br>PO BOX 982238<br><br>EL PASO,TX 79998- | | | 0.00 | 0.00 | Notice Only |
| 026-0 | GECRB/JC PENNY<br>ATTN: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL,GA 30076-9104 | | | 0.00 | 0.00 | Notice Only |
| 027-0 | ZWICKER & ASSOCIATES PC<br>1 CHISOLM TRL STE 101<br><br>ROUND ROCK,TX 78681- | | | 0.00 | 0.00 | Notice Only |
| 028-0 | DISCOVER FIN SVCS LLC<br>PO BOX15316<br><br>WILMINGTON,DE 19850- | | | 0.00 | 0.00 | Notice Only |
| 029-0 | CITY OF WF, WFISD, WICHITA CO<br>C/O HAROLD LEREW<br>PO BOX 8188<br>WICHITA FALLS,TX 76307-8188 | | | 0.00 | 0.00 | Notice Only |
| 030-0 | WICHITA COUNTY<br>PO BOX 1471<br><br>WICHITA FALLS,TX 76307-1471 | 06/19/2013<br><br>NOT PROVIDCED FOR IN PLAN | xxxxxxxx0784 | 0.00 | 2,883.63 | Secured |
| 031-0 | ASCENSION CAPITAL GROUP INC<br>BANKRUPTCY SERVICES FOR CAPITAL ONE AUTO<br>PO BOX 201347<br>ARLINGTON,TX 76006- | | | 0.00 | 0.00 | Notice Only |
| 032-0 | FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE STREET<br>STOP CODE 3105<br>OMAHA,NE 68197- | 06/27/2013<br><br>NOT PROVIDED FOR IN PLAN | 3861 | 0.00 | 1,856.47 | Unsecured |
| 033-0 | BANK OF AMERICA<br>PO BOX 982235<br><br>EL PASO,TX 79998-2235 | | | 0.00 | 0.00 | Notice Only |
| 034-0 | FIA CARD SERVICES NA<br>PO BOX 982284<br><br>EL PASO,TX 79998-2238 | | 0128 | 0.00 | 0.00 | Notice Only |
| 035-0 | SALLIE MAE<br>ATTN: CLAIMS DEPARTMENT<br>PO BOX 9500<br>WILKES-BARRE,PA 18773-9500 | | | 0.00 | 0.00 | Notice Only |
| 036-0 | SALLIE MAE INC/UNITED STUDENT<br>ATTN BANKRUPTCY LITIGATION UNIT E3149<br>PO BOX 9430<br>WILKES-BARRE,PA 18773- | | 5512 | 0.00 | 0.00 | Notice Only |
| 037-0 | ANTIO LLC<br>C/O WEINSTEIN AND RILEY PS<br>2001 WESTERN AVENUE  STE 400<br>SEATTLE,WA 98121- | | 6696 | 0.00 | 0.00 | Notice Only |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page   4

| In RE:   MICHELLE LEE EDWARDS | | | | Case Number | 13-70223-HDH-13 | 10/16/201 |
|---|---|---|---|---|---|---|
| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
| 038-0 | CITIBANK SD NA<br>ATTN: CENTRALIZED BANKRUPTCY<br>PO BOX 20363<br>KANSAS CITY,MO 64195- | | | 0.00 | 0.00 | Notice Only |
| 039-0 | AMERICAN EXPRESS<br>PO BOX 3001<br>16 GENERAL WARREN BLVD<br>MALVERN,PA 19355- | | | 0.00 | 0.00 | Notice Only |
| 040-0 | GECRB-DILLARDS<br>BANKRUTPCY DEPARTMENT<br>PO BOX 103104<br>ROSWELL,GA 30076- | | | 0.00 | 0.00 | Notice Only |
| 041-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO REC ASSOC<br>PO BOX 41067<br>NORFOLK,VA 23541- | | 9341 | 0.00 | 0.00 | Notice Only |
| 042-0 | SAMS CLUB GEMB<br>ATTENTION: BANKRUPTCY DEPARTMENT<br>PO BOX 103104<br>ROSWELL,GA 30076-9104 | | 4609 | 0.00 | 0.00 | Notice Only |
| 043-0 | CAPITAL ONE AUTO FINANCE<br>3901 N DALLAS PKWY<br><br>PLANO,TX 75093- | | 2279 | 0.00 | 0.00 | Notice Only |
| 044-0 | CHASE<br>PO BOX 15298<br><br>WILMINGTON,DE 19850-5298 | | | 0.00 | 0.00 | Notice Only |
| 045-0 | CHASE MHT BK<br>ATTENTION: BANKRUPTCY<br>PO BOX 15298<br>WILMINGTON,DE 19850-5298 | | 1562 | 0.00 | 0.00 | Notice Only |
| 046-0 | JC PENNEY<br>PO BOX 533<br><br>DALLAS,TX 75221-0000 | | | 0.00 | 0.00 | Notice Only |
| 851-0 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br><br>PHILADELPHIA,PA 19101-7346 | | | 0.00 | 0.00 | Notice Only |
| 899-0 | WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS,TX 75242-0000 | | | 0.00 | 0.00 | Notice Only |
| 900-0 | MICHELLE LEE EDWARDS<br><br>, | | | 0.00 | 0.00 | Dbtr Refund<br>Not Filed |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page   5

| In RE: | MICHELLE LEE EDWARDS | | | Case Number | 13-70223-HDH-13 | 10/16/201 |

| Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
| --- | --- | --- | --- | --- | --- |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.

IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall be retained in the Trustee's file in this case.

/s/ Walter O'Cheskey

-----------------------------------------
Standing Bankruptcy Trustee